FILED
CLERK, U.S. DISTRICT COURT
10/07/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DAVID ANTHONY BATTLE,<br><br>　　　　Defendant. | ED CR No. 5:20-cr-00190-JWH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1951(a): Interference With Commerce by Robbery and Attempted Interference With Commerce by Robbery] |

　　The Grand Jury charges:

### COUNT ONE

### [18 U.S.C. § 1951(a)]

　　On or about July 6, 2020, in Riverside County, within the Central District of California, defendant DAVID ANTHONY BATTLE obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by knowingly and willingly committing robbery, in that defendant BATTLE unlawfully took and obtained property consisting of approximately $3,200 in cash, belonging to Walgreens Pharmacy, located at 12275 Perris Boulevard, Moreno Valley, California, a national pharmacy chain, the inventory of which travels in interstate commerce, from the person of T.C. and

in the presence of T.C. and J.A., employees of Walgreens Pharmacy, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

COUNT TWO

[18 U.S.C. § 1951(a)]

On or about July 10, 2020, in Riverside County, within the Central District of California, defendant DAVID ANTHONY BATTLE attempted to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by knowingly and willingly committing robbery, in that defendant BATTLE attempted to unlawfully take and obtain property consisting of cash, belonging to CVS Pharmacy, located at 12280 Perris Boulevard, Moreno Valley, California, a national pharmacy chain, the inventory of which travels in interstate commerce, in the presence of C.C., an employee of CVS Pharmacy, against C.C.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the person of C.C.

COUNT THREE

[18 U.S.C. § 1951(a)]

On or about July 10, 2020, in Riverside County, within the Central District of California, defendant DAVID ANTHONY BATTLE obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by knowingly and willingly committing robbery, in that defendant BATTLE unlawfully took and obtained property consisting of approximately $372 in cash, belonging to Rite Aid Pharmacy, located at 23975 Ironwood Avenue, Moreno Valley, California, a national pharmacy chain, the inventory of which travels in interstate commerce, from the person and in the presence of C.A., an employee of Rite Aid Pharmacy, against C.A.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the person of C.A.

COUNT FOUR

[18 U.S.C. § 1951(a)]

On or about July 15, 2020, in San Bernardino County, within the Central District of California, defendant DAVID ANTHONY BATTLE obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by knowingly and willingly committing robbery, in that defendant BATTLE unlawfully took and obtained property consisting of approximately $440 in cash, belonging to Rite Aid Pharmacy, located at 2025 East Washington Street, Colton, California, a national pharmacy chain, the inventory of which travels in interstate commerce, in the presence of S.J. and C.G., employees of Rite Aid Pharmacy, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

COUNT FIVE

[18 U.S.C. § 1951(a)]

On or about July 30, 2020, in San Bernardino County, within the Central District of California, defendant DAVID ANTHONY BATTLE obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by knowingly and willingly committing robbery, in that defendant BATTLE unlawfully took and obtained property consisting of approximately $319 in cash, belonging to CVS Pharmacy, located at 5200 North University Parkway, San Bernardino, California, a national pharmacy chain, the inventory of which travels in interstate commerce, in the presence of J.L., an employee of CVS Pharmacy, against J.L.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the person of J.L.

COUNT SIX

[18 U.S.C. § 1951(a)]

On or about August 1, 2020, in Riverside County, within the Central District of California, defendant DAVID ANTHONY BATTLE obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by knowingly and willingly committing robbery, in that defendant BATTLE unlawfully took and obtained property consisting of approximately $381 in cash, belonging to Walgreens Pharmacy, located at 25011 Alessandro Boulevard, Moreno Valley, California, a national pharmacy chain, the inventory of which travels in interstate commerce, from the person and in the presence of J.G., an employee of Walgreens Pharmacy, against J.G.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the person of J.G.

COUNT SEVEN

[18 U.S.C. § 1951(a)]

On or about August 4, 2020, in Riverside County, within the Central District of California, defendant DAVID ANTHONY BATTLE obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by knowingly and willingly committing robbery, in that defendant BATTLE unlawfully took and obtained property consisting of approximately $741 in cash, belonging to Rite Aid Pharmacy, located at 24991 Alessandro Boulevard, Moreno Valley, California, a national pharmacy chain, the inventory of which travels in interstate commerce, from the person and in the presence of N.G., an employee of Rite Aid Pharmacy, against N.G.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the person of N.G.

Case 5:20-cr-00190-JGB   Document 14   Filed 10/07/20   Page 9 of 9   Page ID #:49

## COUNT EIGHT

[18 U.S.C. § 1951(a)]

On or about August 10, 2020, in Riverside County, within the Central District of California, defendant DAVID ANTHONY BATTLE attempted to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by knowingly and willingly committing robbery, in that defendant BATTLE attempted to unlawfully take and obtain property belonging to Walgreens Pharmacy, located at 16020 Perris Boulevard, Moreno Valley, California, a national pharmacy chain, the inventory of which travels in interstate commerce, in the presence of employees of Walgreens Pharmacy, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

A TRUE BILL

/s/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

PETER DAHLQUIST
Assistant United States Attorney
Riverside Branch Office