YOUNG J. KIM (No. 264795)
Deputy Federal Public Defender
(Email: Young_Kim@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Tel:  951-276-6346
Fax: 951-276-6368

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>DAVID ANTHONY BATTLE,<br><br><br><br>DEFENDANT. | CASE NUMBER<br><br>ED CR 20-00190-JGB<br><br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant  DAVID ANTHONY BATTLE
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge  SHERI PYM _____ by order dated: September 30, 2020

    ☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
    ☐ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
New bail resources for Mr. Battle not considered in previous detention hearing.

Relief sought *(be specific):*
We pray that the Court order Mr. Battle released on bond.

Counsel for the defendant and plaintiff United States Government consulted on  March 19, 2021
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on  March 19, 2021 _____.

An interpreter is ☐ required ☑ not required.  Language _____
Defendant is ☑ in custody ☐ not in custody.

| | |
|---|---|
| March 19, 2021 | /S/ Young J. Kim, DFPD |
| Date | Moving Party |

CR-88 (06/07)